Franklin Webster et al., Appellants, *v.* Carl L. Gleizes, Jr., as Executor of Charles A. Webster, Deceased, et al., Respondents.

(Argued May 29, 1929; decided June 13, 1929.)

*A. Walker Otis* for appellants.

*Osmond K. Fraenkel* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: Cardozo, Ch. J., Pound, Crane, Lehman, Kellogg and O'Brien, JJ. Not sitting: Hubbs, J.